HARRY O. McCARTHY, Appellant, *v.* MARY M. McCARTHY, Respondent.

Submitted February 26, 1942; decided March 5, 1942.

*Noah Seedman* for motion.

*John M. Wilson* opposed.

Motion dismissed on the ground that the order does not finally determine the action within the meaning of the Constitution.